**No. 45026.**—Protest 41897–K of New Amsterdam Import & Supply Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45027.**—Protests 39656–K, etc., of Dal, Inc., et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45028.**—Protests 39654–K, etc., of National Peat Moss Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45029.**—Protests 29800–K, etc., of Premier Peat Moss Corp. et al. (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45030.**—Protest 21336–K of Premier Peat Moss Corporation (Duluth).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45031.**—Protest 17248–K/88939 of Premier Peat Moss Corporation (Chicago).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 45032.**—Protests 787697–G (B), etc., of Edward L. Eyre & Co. et al. (San Francisco).

Opinion by EVANS, J. On the records presented the protests were overruled.

**No. 45033.**—Protest 38222–K of Sichel Co. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.